# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.W.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No.  1:24-cv-01074-JLT-SAB<br>New Case No.  1:24-cv-01074-JLT-BAM<br><br>ORDER OF RECUSAL |

It appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter. The Clerk's Office has randomly selected an alternative Magistrate Judge to be assigned to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the Magistrate Judge to whom this case is assigned;

2. This case shall be reassigned to the docket of United States Magistrate Judge Barbara A. McAuliffe by the Clerk's Office;

3. The new case number shall be:

    1:24-cv-01074-JLT-BAM

    and all future pleadings and/or correspondence must be so numbered. The parties

1

are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:   **September 12, 2024**

UNITED STATES MAGISTRATE JUDGE