UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.W., a minor, by and through his mother, Ruth Aguirre,<br><br>Plaintiff,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.  1:24-cv-01074-JLT-BAM<br><br>**ORDER GRANTING REQUEST FOR REISSUANCE OF SUMMONS**<br><br>(Doc. 9) |

Plaintiff I.W., proceeding with counsel, filed a complaint in this action on September 11, 2024, against Defendant Clovis Unified School District.  (Doc. 1.)  On September 12, 2024, the Clerk of the Court issued a Summons in a Civil Case.  The summons required Defendant to serve an answer to the complaint on Plaintiff's counsel, Andrea M. Marcus, at the following address: 133 East De La Guerra St. #143, Santa Barbara, CA 93101.  (Doc. 5.)

After issuance of the summons, Plaintiff filed a Notice of Change of Address of Counsel and Request for Re-Issuance of Summons.  (Doc. 9.)  Plaintiff indicates her counsel's new address is:  LAW OFFICE OF ANDRÉA MARCUS, 1482 East Valley Road, Suite 831, Montecito, CA 93108.  (*Id.* at 1.)  Plaintiff therefore requests that the Court issue new summons "since the summons previously issued required Defendant to serve the Answer to the Compliant on counsel's old business address."  (*Id.* at 2.)

///

1

Having considered the request, and cause appearing, the Clerk of the Court is directed to issue summons in this case with the new business address of Plaintiff's counsel.

IT IS SO ORDERED.

Dated: __September 16, 2024__        /s/ Barbara A. McAuliffe       _
UNITED STATES MAGISTRATE JUDGE