**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.W., a minor, by and through his mother, Ruth Aguirre,<br><br>                        Plaintiff,<br><br>            v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>                        Defendant. | Case No.  1:24-cv-01074 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF MINOR'S COMPROMISE, AND APPROVING MINOR'S COMPROMISE<br><br>(Docs. 21, 26) |

      I.W., a minor, by and through his mother and guardian ad litem, Ruth Aguirre, alleges that the Clovis Unified School District ("CUSD") violated his rights under the American with Disabilities Act, Section 504 of the Rehabilitation Act of 1973, the Individuals with Disabilities Education Act, and the California Education Code.  Following a notice of settlement, Plaintiff filed a motion for approval of the minor's compromise.  (Doc. 21.)  The motion was submitted to the assigned magistrate judge for the issuance of findings and recommendations.  (Doc. 6-1 at 2.)

      On April 1, 2025, the assigned magistrate judge issued Findings and Recommendations that the motion for approval of minor's compromise be granted and the settlement be approved as fair and reasonable.  (Doc. 26.)  The Court served the Findings and Recommendations on all parties, and notified them that any objections were due within fourteen (14) days.  (*Id.* at 15.) The Court also informed the parties that "the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal."

(*Id.* at 15-16, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) On April 8, 2025, Plaintiff filed a statement of non-objection to the Findings and Recommendations. (Doc. 27.) CUSD did not file any objections, and the time in which to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court conducted a de novo review of the case. Having carefully reviewed the entire matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 1, 2025 (Doc. 26) are **ADOPTED**.
2. Plaintiff's motion for approval of minor's compromise (Doc. 21) is **GRANTED**.
3. The settlement is **APPROVED** as fair and reasonable.

IT IS SO ORDERED.

Dated:  **April 18, 2025**

UNITED STATES DISTRICT JUDGE

2